No. 744. MISHNE ET AL. *v.* OHIO. Court of Appeals of Ohio, Geauga County. Certiorari denied. *Adrian B. Fink, Jr.* for petitioners. *William Saxbe,* Attorney General of Ohio, for respondent.

No. 747. LUCCHESI ET AL. *v.* MARYLAND. Court of Appeals of Maryland. Certiorari denied. *Nelson R. Kandel* for petitioners. 

No. 769. RODGERS *v.* BALTIMORE & OHIO RAILROAD Co. C. A. 2d Cir. Certiorari denied. *Jacob Rassner* for petitioner. *Donald M. Dunn* and *Clifton P. Williamson* for respondent. 

No. 780. SLATER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Ellis F. Morris* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States. 

No. 357, Misc. SITTLER *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Philip R. Monahan* for the United States. 

No. 570, Misc. CHILDS ET AL. *v.* PEGELOW, REFORMATORY SUPERINTENDENT, ET AL. C. A. 4th Cir. Certiorari denied. Petitioners *pro se. Solicitor General Cox, Assistant Attorney General Marshall* and *Harold H. Greene* for respondents. 

No. 722, Misc. WILLIAMS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for the United States.